UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN TROY ROUCHON, | ) | CASE NO. CV 14-3096 AGR |
|               Plaintiff, | ) | |
| | ) | JUDGMENT |
|      v. | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | |
|              Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: March 16, 2015

                          ALICIA G. ROSENBERG
                      United States Magistrate Judge